Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-0102-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| ELENA VLADIMIRONVNA MARCHENKOVA, | |
| Defendant. | |

The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: August 29, 2018         /S/ Susan St. Vincent
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Marchenkova 6:17-mj-0102-JDP*, be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   August 30, 2018               _____
                                        UNITED STATES MAGISTRATE JUDGE